UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHNNY DANG,<br><br>    Defendant. | 1:05-CV-01051-AWI-DLB-P<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF NOVEMBER 21, 2006<br>(Doc. 17)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT<br>(Doc. 18) |

       Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 21, 2006, Magistrate Dennis L. Beck submitted findings and recommendations to United States District Judge Anthony W. Ishii to dismiss plaintiff's case for failure to comply with the court's order of September 19, 2006, which gave plaintiff leave to file an amended complaint. Plaintiff was given thirty days in which to file objections to the findings and recommendations.

       On December 4, 2006, plaintiff wrote a letter to the court, explaining that he was unable to file the amended complaint on time because he was in the hospital. Good cause appearing, the court's findings and recommendations shall be vacated, and plaintiff shall be granted an extension of time to file an amended complaint.

       In accordance with the above, IT IS HEREBY ORDERED that:

       1. The findings and recommendations of November 21, 2006, are VACATED; and

       2. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, pursuant to the order of September 4, 2006.

       IT IS SO ORDERED.

       Dated:   **January 8, 2007**          **/s/ Dennis L. Beck**
3c0hj8                                                                  UNITED STATES MAGISTRATE JUDGE