UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM O. ROBINSON,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHNNY DANG,<br><br>            Defendant._____/ | 1:05-cv-01051-AWI-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 23)<br><br>**ORDER DISMISSING COMPLAINT/ ACTION** |

    Plaintiff, William O. Robinson ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 26, 2008, the Magistrate Judge filed Findings and a Recommendation herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendation.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed February 26, 2008, are ADOPTED IN FULL;

2. Plaintiff's complaint, and therefore this action, is DISMISSED in its entirety, without leave to amend, as plaintiff has already been given the opportunity to amend the complaint and was unable to cure the deficiencies identified by the court;

3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   March 29, 2008**                    /s/ Anthony W. Ishii
                                             UNITED STATES DISTRICT JUDGE

2